UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jeffrey Lee Bonga,

    Plaintiff,

v.

Case No. 16-13685
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

Badawi Abdellatif, M.D., *et. al.*,

    Defendants.
_____/

## ORDER ADOPTING AND ACCEPTING REPORT & RECOMMENDATION

Plaintiff Jeffrey Lee Bonga ("Plaintiff"), a prisoner confined in the Michigan Department of Corrections St. Louis Correctional Facility, filed a *pro se* complaint against six defendants, seeking declaratory, injunctive, compensatory, and punitive relief. (Doc. # 1). All pretrial matters in this case were referred to Magistrate Judge Anthony P. Patti for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. # 9).

Plaintiff has filed two motions for preliminary injunctions in this case. (Docs. # 3, 30). On May 10, 2017, Magistrate Judge Patti issued a Report and Recommendation ("R&R") as to Plaintiff's motions. In it, Magistrate Judge Patti recommended that the Court deny Plaintiff's motions without prejudice.

Pursuant to Civil Rule 72, a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. Fed. R. Civ. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed.

Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby **ADOPTS** the May 10, 2017 R&R. **IT IS THEREFORE ORDERED** that Plaintiff's October 13, 2016 motion for preliminary injunction (Doc. # 3) and May 1, 2017 motion for preliminary injunction (Doc. # 30) are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 6, 2017

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

I hereby certify that on June 6, 2017, the foregoing document was served on counsel of record via electronic means and upon Jeffrey Bonga via First Class mail at the address below:

Jeffrey Bonga
271635
ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
ST. LOUIS, MI 48880

s/J. McCoy
Case Manager